J. David Bournazian, SBN 186194
david.bournazian@klgates.com
Jonathan P. Hersey, SBN 189240
jonathan.hersey@klgates.com
Daniel Glassman, SBN 179302
dan.glassman@klgates.com
Carter Norfleet, SBN 318152
carter.norfleet@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, California  92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Petitioner
Russell Sigler, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL SIGLER, INC.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NORMAN S. WRIGHT CLIMATEC MECHANICAL EQUIPMENT OF SOUTHERN CALIFORNIA, LLC; ADAM HELLIWELL,<br><br>　　　　　Respondents. | Case No. 8:21-cv-01441 JLS (JDEx)<br><br>**STIPULATION TO DISMISS PETITION TO COMPEL COMPLIANCE WITH ARBITRATOR SUMMONSES**<br><br>Assigned to the Hon. Josephine L. Staton |

1    IT IS HEREBY STIPULATED AND AGREED by and among Petitioner Russell Sigler, Inc. ("Petitioner") and Respondents Norman S. Wright Climatec Mechanical Equipment of Southern California, LLC ("NSWC") and Adam Helliwell ("Mr. Helliwell") (collectively "Respondents"), by and through their attorneys (collectively all referred to as the "Parties"), that:

WHEREAS, Sigler is the claimant in a JAMS arbitration proceeding, Case No. 1210036516, between Sigler and a former employee, David A. Whitaker ("Mr. Whitaker"). Mr. Whitaker is currently employed by NSWC. Mr. Helliwell is an officer of NSWC;

WHEREAS, Sigler requested, and the Arbitrator (Retired U.S. Magistrate Judge Rosalyn M. Chapman) issued, summonses on July 27, 2021 to the Custodian of records of NSWC ("NSWC Custodian") and Mr. Helliwell (the "Summonses") requiring them to appear as witnesses at a Zoom arbitration hearing on October 11, 2021, and to bring with them specified documents;

WHEREAS, on September 2, 2021, Petitioner filed a Petition To Compel Compliance With Arbitrator Summonses, which is the pending matter before this Court;

WHEREAS, on September 14, 2021, Petition filed a Motion To Compel Compliance With Arbitrator Summonses which is to be heard on October 14, 2021;

WHEREAS, the Parties have spent considerable time meeting and conferring in good faith to narrow the scope of open issues in dispute;

WHEREAS, on September 29, 2021, Judge Chapman held a telephonic hearing in the JAMS proceeding and adjudicated the issued raised in the Petition. Counsel for the Parties appeared and argued their respective positions;

WHEREAS, counsel for the Parties have reached an agreement that Petitioner will dismiss the Petition without prejudice with each side bearing its own costs.

Accordingly, the Parties request the Court accept this Stipulation and enter

- 2 -

the proposed order filed concurrently herewith.

IT IS SO STIPULATED AND AGREED.

Dated: September 30, 2021         **K&L GATES LLP**

By: /s/ Daniel M. Glassman
J. David Bournazian
Jonathan P. Hersey
Daniel M. Glassman
Carter Norfleet
Attorneys for Petitioner
RUSSELL SIGLER, INC.

Dated: September 30, 2021         **KLINEDINST PC**

By: /s/ Greg A. Garbacz
Greg A. Garbacz
John T. Rosenthal
Attorneys for Respondents
NORMAN S. WRIGHT CLIMATEC MECHANICAL EQUIPMENT OF SOUTHERN CALIFORNIA, LLC and ADAM HELLIWELL