JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL SIGLER, INC.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NORMAN S. WRIGHT CLIMATEC MECHANICAL EQUIPMENT OF SOUTHERN CALIFORNIA, LLC; ADAM HELLIWELL,<br><br>　　　　Respondents. | Case No. 8:21-cv-01441 JLS (JDEx)<br><br>**ORDER DISMISSING PETITION TO COMPEL COMPLIANCE WITH ARBITRATOR SUMMONSES (Doc. 1)** |

THIS MATTER having come before the undersigned Court upon STIPULATION of the parties, IT IS HEREBY ORDERED that the Petition To Compel Compliance With Arbitrator Summonses (Doc. 1) filed by Petitioner Russell Sigler, Inc. against Respondents Norman S. Wright Climatec Mechanical Equipment of Southern California, LLC and Adam Helliwell is dismissed without prejudice with each side bearing its own costs.

Dated:  October 12, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE